FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 AUG 8 PM 2 46

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-CV-151-J |
| | ) | |
| ONE CESSNA AIRPLANE, MODEL | ) | |
| NUMBER TU-206, BEARING TAIL | ) | |
| NUMBER N6214V AND SERIAL NUMBER | ) | |
| U206-1189, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

### FINDING OF PROBABLE CAUSE
### AND ORDER FOR ARREST OF PROPERTY *IN REM*

Plaintiff, United States of America, has instituted this *in rem* action and requests issuance of process. It appears from the verified complaint filed herein the Court has jurisdiction over the defendant property, and based upon the facts as set forth in the complaint, probable cause exists to believe the defendant property is subject to a decree of seizure and forfeiture.

**IT IS, THEREFORE, ORDERED AND DECREED** a warrant of arrest of property *in rem* shall issue as requested, and the DHS-HSI Agent in Casper, Wyoming, be directed to arrest the defendant property, to wit:

The defendant property consists of the following:

A.  One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V and Serial Number U206-1189;

B.  $259,717 in United States Currency;

The arresting agent shall make a return as provided by law; and

**IT IS FURTHER ORDERED** that notice as required by Rule G(4), Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions be made giving persons in interest thirty-five (35) days from the date set forth in the *Notice of Forfeiture* within which to file a verified claim or statement of interest, and twenty-one (21) days after filing a claim within which to file an answer.

SO ORDERED this 8th day of August, 2014.

BY THE COURT:

UNITED STATES MAGISTRATE COURT JUDGE
Alan B. Johnson, U.S. District Judge

2