FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 AUG 8 PM 2 49

STEPHAN HARRIS, CLERK
CHEYENNE

ERIC J. HEIMANN
Assistant United States Attorney
District of Wyoming
P. O. Box 668
Cheyenne, WY 82003
(307) 772-2124
Eric.Heimann@usdoj.gov
Wyo. State Bar # 6-4504

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-CV-151-J |
| ) | |
| ONE CESSNA AIRPLANE, MODEL ) | |
| NUMBER TU-206, BEARING TAIL ) | |
| NUMBER N6214V AND SERIAL NUMBER ) | |
| U206-1189, ET AL. ) | |
| ) | |
| Defendants. ) | |

### WARRANT OF ARREST *IN REM*

TO: SPECIAL AGENT JIM HASSKAMP
U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION AND CUSTOMS ENFORCEMENT
CASPER, WYOMING
GREETINGS:

WHEREAS, on August 1, 2014, the United States of America filed a verified complaint for civil forfeiture in the United States District Court against the defendant property, alleging that the property is subject to seizure and civil forfeiture to the United States for the reasons alleged in the complaint; and

WHEREAS, the defendant property is currently in the possession, custody or control of the United States; and

WHEREAS, in these circumstances Supplemental Rule G(3)(b)(i) directs the Clerk of the Court to issue an arrest warrant in rem for the arrest of the Defendant property; and

WHEREAS, Supplemental Rule G(3)(c) provides that the warrant of arrest in rem must be delivered to a person or organization authorized to execute it;

NOW THEREFORE you are hereby commanded to arrest the above-named defendant property by serving a copy of this warrant on the custodian in whose possession, custody or control the property is presently found, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

DATED this __8th__ day of August, 2014.

STEPHAN HARRIS, CLERK OF COURT

By: _____
DEPUTY CLERK