DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
LAW OFFICES OF DAVID M. MICHAEL
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 946-8996
Facsimile:   (877) 538-6220

E-mail: david@davidmichaellaw.com
        edward@davidmichaellaw.com

Attorneys for Claimant
SCOTT MICHAEL LEWIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 14-CV-151-J |
| vs. | ) |
| One Cessna Airplane, Model Number TA-206, bearing Tail Number N6214V and Serial Number U206-1189, | ) VERIFIED CLAIM OF SCOTT ) LEWIS OPPOSING FORFEITURE |
| and | ) |
| $259,717.00 IN U.S. CURRENCY, | ) |
| Defendants. | ) |
| SCOTT MICHAEL LEWIS, | ) |
| Claimant. | ) |

The undersigned hereby claims an ownership and a possessory interest in, and the right to exercise dominion and control over, all or part of the defendant property.

Dated: 1 September 2014

_____
SCOTT MICHAEL LEWIS, Claimant

VERIFIED CLAIM OF SCOTT MICHAEL LEWIS OPPOSING FORFEITURE;
Case No. 14-CV-151-J

1

## VERIFICATION

The undersigned declares under penalty of perjury that he is a claimant in the above-entitled matter, that he has read the foregoing Claim, that he knows the contents thereof, and that the same is true of his own knowledge.

Dated: 1 September 2014

_____
SCOTT MICHAEL LEWIS, Claimant

## CERTIFICATION OF COUNSEL

The undersigned hereby certifies that he has the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action.

Dated: 2 September 2014

_____
Joe Bustos #6-3581
400 E. 20th Street
Cheyenne, WY 82001
307-638-4633

Attorney for Claimant
SCOTT MICHAEL LEWIS

## CERTIFICATE OF ELECTRONIC FILING

The undersigned hereby certifies that, on _____ September 2014, he caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

AUSA ERIC J. HEIMANN
Office of the U.S. Attorney
District of Wyoming
P.O. Box 668
Cheyenne, Wyoming 82003
Eric.Heimann@usdoj.gov

Joe Bustos #6-3581
400 E. 20th Street
Cheyenne, WY 82001
307-638-4633

Attorneys for Claimant
SCOTT MICHAEL LEWIS

VERIFIED CLAIM OF SCOTT MICHAEL LEWIS OPPOSING FORFEITURE:
Case No. 14-CV-151-J

3