**Exhibit 1**



## CAFRA ELECTION OF PROCEEDINGS

**NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP).**

I understand that property in which I have an interest has been seized by HSI under Case No. 2014-2921-000007-01 .

Check ONLY ONE (1) of the following choices:

**1. [ ]    I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. 983(a)(2)(B) is 60 days from the date of the petition decision, or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete claim and request for judicial proceedings (see option 4, below), CBP consideration of my petition will stop and the case will be sent for judicial forfeiture proceedings.

**2. [ ]    I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete claim and request for judicial proceedings (see option 4, below), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

**3. [ ]    I ABANDON ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY.** I understand that no additional notice about future proceedings concerning the property will be provided to me.

**4. [✗]    I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR COURT ACTION.** Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a SEIZED ASSET CLAIM FORM. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. 983(a)(2)(C), CBP will treat my submission as a petition for relief under option 1, described above.

SCOTT LEWS                        5-3-2014
_____          _____
Name (Print)                     Date

_____
Signature

(Revised 06/26/2012)

## CUSTOMS AND BORDER PROTECTION
## SEIZED ASSET CLAIM FORM

(Execute only when requesting the case be referred for court action, Opt. 4 on Election of Proceedings.)

Name: SCOTT LEWIS

Address: 3531 S. Logan St

#D133 Englewood, CO 80113

Telephone No: (    )

Seizure No. 2014-2921-000007-01

(IMPORTANT: BE SURE TO
COMPLETE ALL PARTS BELOW)

As authorized by 18 USC 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

$258,520 U.S. Currency in 12 vacuum sealed bundles inside a duffle bag.

PART II

State your interest in each item of property listed above. Attach additional sheets of paper if more space is needed. I have an ownership and a possessory interest in all or part of the above named property.

PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

SCOTT LEWIS

Name (Print)

5-3-2014

Date

Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO
PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY
A FINE AND UP TO FIVE YEARS IMPRISONMENT.

# Exhibit 2



## CAFRA ELECTION OF PROCEEDINGS

**NOTE: READ THE ATTACHED NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP).**

I understand that property in which I have an interest has been seized by HSI under Case No. 2014-2921-000007-01 .

Check ONLY ONE (1) of the following choices:

**1. [  ]    I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My petition is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my petition, my deadline for filing a claim as required by 18 U.S.C. 983(a)(2)(B) is 60 days from the date of the petition decision, or, if I choose to file a supplemental petition, my deadline for filing a claim as required by 18 U.S.C. 983(a)(2)(B) is 60 days from the date of the supplemental petition decision. If I file a complete claim and request for judicial proceedings (see option 4, below), CBP consideration of my petition will stop and the case will be sent for judicial forfeiture proceedings.

**2. [  ]    I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My offer is attached. By making this request, I understand that I can request, in writing, that my case be referred for judicial forfeiture proceedings at any time prior to the completion of the administrative forfeiture proceedings or as set forth in the notice of seizure. If I choose to wait for an administrative decision on my offer, my deadline for filing a claim is 30 days from the date of the decision. If I file a complete claim and request for judicial proceedings (see option 4, below), CBP consideration of my offer will stop and the case will be sent for judicial forfeiture proceedings.

**3. [  ]    I ABANDON ANY CLAIM OR INTEREST I MAY HAVE IN THE PROPERTY.** I understand that no additional notice about future proceedings concerning the property will be provided to me.

**4. [X]    I AM FILING A CLAIM AND REQUESTING THAT CBP REFER THE CASE FOR COURT ACTION.** Please send the case to the U.S. Attorney for court action. I have fully completed, signed and attached a SEIZED ASSET CLAIM FORM. I understand that if I have not fully completed this form, or otherwise made a proper claim and request for judicial forfeiture pursuant to 18 U.S.C. 983(a)(2)(C), CBP will treat my submission as a petition for relief under option 1, described above.

_SCOTT LEWIS_                    _5-3-2014_
Name (Print)                              Date

_(signature)_
Signature

(Revised 06/26/2012)

## CUSTOMS AND BORDER PROTECTION
## SEIZED ASSET CLAIM FORM

(Execute only when requesting the case be referred for court action, Opt. 4 on Election of Proceedings.)

Name: SCOTT LEWIS

Address: 3531 S. LOGAN ST

#D133 Englewood, CO 80113

Telephone No.: (   )

Seizure No. 2014-2921-000007-01

**(IMPORTANT: BE SURE TO COMPLETE ALL PARTS BELOW)**

As authorized by 18 USC 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below:

PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

1968 Cessna U-206 Super Sky wagon, Tail N-6214V, est. fair market value $140,000.

PART II

State your interest in each item of property listed above. Attach additional sheets of paper if more space is needed. I have an ownership and a possessory interest in all or part of the above named property.

PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

SCOTT LEWIS
_____
Name (Print)

5-3-2014
_____
Date

_____
Signature

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.

**Exhibit 3**



**U.S. Department of Justice**

*Christopher A. Crofts*
*United States Attorney*
*District of Wyoming*

| REPLY TO: CHEYENNE | 2120 Capitol Ave., Rm. 4002<br>Cheyenne, WY 82001<br>(307) 772-2124<br>FAX (307) 772-2123 | P. O. Box 22211<br>Casper, WY 82602-5010<br>(307) 261-5434<br>FAX (307) 261-5471 | P. O. Box 449<br>Lander, WY 82520-0449<br>(307) 332-8195<br>FAX (307) 332-7104 | P. O. Box 703<br>Yellowstone NP, WY 82190<br>(307) 344-2119<br>FAX (307) 344-9266 |

November 7, 2014

*Via certified U.S. mail and email to David@davidmichaellaw.com*
*and joebustos@qwestoffice.net*

Mr. Scott Michael Lewis
c/o Mr. David Michael, Esq.
Law Office of David Michael
One Sansome Street, Suite 3500
San Francisco, CA 94104

and c/o Mr. Joe Bustos, Esq.
400 East 20th Street
Cheyenne, WY 82001

Dear Mr. Lewis:

I am writing to inform you that you are the subject of an investigation by Homeland Security Investigations of the U.S. Department of Homeland Security. This investigation involves alleged federal crimes—including conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 846 and 841(a)(1), money laundering in violation of 18 U.S.C. § 1956, identity theft in violation of 18 U.S.C. § 1028, and operation of an unregistered aircraft in violation of 49 U.S.C. § 46306—related to the seizure of an airplane and $259,717 from you and Gilbert Wiles on February 28, 2014, in Cody, Wyoming.

I am sending you this letter through your attorneys in *United States v. One Cessna Airplane*, No. 14-CV-00151-ABJ (D.Wyo.), where you have filed a claim in a civil forfeiture action involving the seized airplane and currency. If you retain another attorney to represent you in any criminal proceedings which may arise from the above-described investigation, please ask that attorney to contact me.

Sincerely,

CHRISTOPHER A. CROFTS
United States Attorney

By:        ___*/s/ Eric Heimann*_____
ERIC J. HEIMANN
Assistant United States Attorney