C. Levi Martin
Assistant United States Attorney
District of Wyoming
P. O. Box 668,
Cheyenne, WY 82003
(307) 772-2124
christopher.martin@usdoj.gov
Wyo. Bar # 6-3781

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 14-CV-00151-ABJ** |
| | ) | |
| **One Cessna Airplane, Model Number** | ) | |
| **TU-206, bearing Tail Number N6214V** | ) | |
| **and Serial Number U206-1189,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **$259,717 United States Currency,** | ) | |
| | ) | |
| **Defendant-Property.** | ) | |
| | ) | |
| **SCOTT MICHAEL LEWIS,** | ) | |
| | ) | |
| **Claimant.** | ) | |

## GOVERNMENT'S REPONSE TO MOTION TO STAY PROCEEDINGS

In this civil *in rem* forfeiture proceeding, the government seeks to forfeit the above-described Defendant-Airplane and Defendant-Currency. On November 18, 2014, Claimant Scott Lewis requested a stay of these proceedings. (Doc. 23). As indicated in claimant's motion, the United States objected to the stay. (Doc. 23 at 2). The United States took this position because it deemed it prudent to obtain a resolution of the government's motion to strike the Claimant's verified claim prior to any stay being considered.

On December 4, 2014, this Court denied the United States' motion to strike Claimant's verified claim.  (Doc. 26).[1]  Now that the Court has denied the United States' motion to strike, the United States does not oppose Claimant's motion to stay.

Dated this 5th day of December, 2014.

Respectfully submitted,
CHRISTOPHER A. CROFTS
United States Attorney

By:

C. LEVI MARTIN
Assistant United States Attorney

---

[1]  This Court also, without providing the United States its full time to respond, granted Claimant's request for a stay.  (Doc. 27).  The Court, citing Local Rule 7.1(b)(2) stated the Government had not filed a timely opposition.  Respectfully, the Court is mistaken.  Local Rule 7.1(b)(2) allows a party to file a response to a motion within fourteen days.  However, Local Rule 6.1(a) mandates that "[a]ll time limits imposed by the Local Rules of this Court shall be computed in accordance with the applicable Federal Rules of Civil Procedure."  Under Fed.R.Civ.P. 6(d), "3 days are added after the period would otherwise expire" when service is made under Rule 5(b)(2)(E) (electronically).  Service of the motion to stay was accomplished by electronic means through this Court's ECF system.  Accordingly, the United States' response was not due until today (14+3=17).

## CERTIFICATE OF SERVICE

It is hereby certified on the 5th day of December, 2014, a true and correct copy of the foregoing

**GOVERNMENT'S RESPONSE TO CLAIMANT'S MOTION TO STAY** was served upon the

following by the method(s) indicated below.

David M. Michael
Law Offices of David M. Michael
One Sansome Street, Suite 3500
San Francisco, CA 94104

[X] Electronic Filing
[ ] U.S. Mail -- postage prepaid
[ ] U.S. Mail -- certified
[ ] Hand delivery

Joe D. Bustos
400 E 20th Street
Cheyenne, WY 82001

[X] Electronic Filing
[ ] U.S. Mail -- postage prepaid
[ ] U.S. Mail -- certified
[ ] Hand delivery

United Stated Attorney's Office