Assistant United States Attorney
District of Wyoming
P. O. Box 668,
Cheyenne, WY 82003
(307) 772-2124
Eric.Heimann@usdoj.gov
Wyo. Bar # 6-4504

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil No. 14-CV-00151-ABJ |
| **One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V and Serial Number U206-1189,** | ) |
| and | ) |
| **$259,717 United States Currency,** | ) |
| **Defendant-Property.** | ) |
| **SCOTT MICHAEL LEWIS,** | ) |
| **Claimant.** | ) |

### GOVERNMENT'S UNOPPOSED MOTION TO EXTEND STAY FOR 90-DAYS

On December 4, 2014, this Court stayed this civil forfeiture proceeding for 90-days at the request of the Claimant Scott Lewis. (Order Granting Mot. to Stay, Doc. 27.) This Court granted the stay in part because of a related criminal investigation of the Claimant. (*Id.* at 3.) That criminal investigation has not been completed and remains active, but the stay will expire on March 4, 2015. Therefore, the United States, by and through Assistant United States Attorney

Eric Heimann, respectfully requests that this Court extend the stay for another 90-days to allow the criminal investigation to be completed.

After communications with Claimant's counsel, the government understands that the Claimant does not oppose the requested extension.

Dated this 3rd day of March, 2015.

                              Respectfully submitted,
                              CHRISTOPHER A. CROFTS
                              United States Attorney

By:    */s/ Eric J. Heimann*
        ERIC J. HEIMANN
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

It is hereby certified on the 3rd day of March, 2015, a true and correct copy of the foregoing **GOVERNMENT'S MOTION TO EXTEND STAY FOR 90-DAYS** was served upon the following by the method(s) indicated below.

| | |
|---|---|
| David M. Michael<br>Law Offices of David M. Michael<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104 | [X] Electronic Filing<br>[ ] U.S. Mail -- postage prepaid<br>[ ] U.S. Mail -- certified<br>[ ] Hand delivery |
| Joe D. Bustos<br>400 E 20th Street<br>Cheyenne, WY 82001 | [X] Electronic Filing<br>[ ] U.S. Mail -- postage prepaid<br>[ ] U.S. Mail -- certified<br>[ ] Hand delivery |

                              */s/ Vicki Powell*
                              United Stated Attorney's Office