ERIC J. HEIMANN
Assistant United States Attorney
District of Wyoming
P. O. Box 668,
Cheyenne, WY 82003
(307) 772-2124
Eric.Heimann@usdoj.gov
Wyo. Bar # 6-4504

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil No. 14-CV-00151-ABJ** |
| **One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V and Serial Number U206-1189,** | ) | |
| **and** | ) | |
| **$259,717 United States Currency,** | ) | |
| **Defendant-Property.** | ) | |
| **SCOTT MICHAEL LEWIS,** | ) | |
| **Claimant.** | ) | |

**GOVERNMENT'S MOTION TO EXTEND STAY FOR 60 DAYS**

On December 4, 2014, the Court stayed this civil forfeiture proceeding for 90 days at the request of the Claimant Scott Lewis. (Order Granting Mot. to Stay, Doc. 27.) This Court granted the stay in part because of a related criminal investigation of the Claimant. (*Id.* at 3.) On the government's unopposed motion, this Court then extended the first stay an additional 90 days beginning on March 5, 2015. (Order Extending Stay, Doc. 30.) The criminal investigation has not been completed and remains active, but the current stay expired on June 3, 2015. Therefore,

the United States, by and through Assistant United States Attorney Eric Heimann, respectfully requests that this Court extend the stay for another 60 days to allow the criminal investigation to be completed.

After communications with Claimant's counsel, the government understands that the Claimant opposes this requested extension.

Dated this 4th day of June, 2015.

> Respectfully submitted,
> CHRISTOPHER A. CROFTS
> United States Attorney

By:   */s/ Eric J. Heimann*
ERIC J. HEIMANN
Assistant United States Attorney

### CERTIFICATE OF SERVICE

It is hereby certified on the 4th day of June, 2015, a true and correct copy of the foregoing **GOVERNMENT'S MOTION TO EXTEND STAY FOR 60 DAYS** was served upon the following by the method(s) indicated below.

| | |
|---|---|
| David M. Michael | [X] Electronic Filing |
| Law Offices of David M. Michael | [ ] U.S. Mail -- postage prepaid |
| One Sansome Street, Suite 3500 | [ ] U.S. Mail -- certified |
| San Francisco, CA 94104 | [ ] Hand delivery |
| | |
| Joe D. Bustos | [X] Electronic Filing |
| 400 E 20th Street | [ ] U.S. Mail -- postage prepaid |
| Cheyenne, WY 82001 | [ ] U.S. Mail -- certified |
| | [ ] Hand delivery |

*/s/ Eric Heimann*
United Stated Attorney's Office