**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 JUN 23  AM 11 25

STEPHAN HARRIS, CLERK
CHEYENNE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 14-CV-151-J |
| | ) | |
| Scott Lewis, et al | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 02, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2015 at Cheyenne, WY.

_____
Vicki Powell
Legal Assistant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
## COURT CASE NUMBER: 14-CV-151-J; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881, the United States filed a verified Complaint for Forfeiture against the following property:

> 1968 Cessna Fixed Wing Airplane, Ser No: U206-1189 (14-ICE-001442) which was seized from Scott Lewis and Gilbert Wiles, Jr. on February 28, 2014 at Yellowstone Wyoming Regional Airport, located in Cody, WY

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (August 02, 2014) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 2120 Capitol Avenue, Room 2131, Cheyenne, WY 82001, and copies of each served upon Assistant United States Attorney Eric Heimann, 2120 Capitol Avenue, Room 4002, Cheyenne, WY 82001, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 2, 2014 and August 31, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Scott Lewis, et al

**Court Case No:** 14-CV-151-J
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/02/2014 | 24.0 | Verified |
| 2 | 08/03/2014 | 24.0 | Verified |
| 3 | 08/04/2014 | 24.0 | Verified |
| 4 | 08/05/2014 | 24.0 | Verified |
| 5 | 08/06/2014 | 24.0 | Verified |
| 6 | 08/07/2014 | 24.0 | Verified |
| 7 | 08/08/2014 | 24.0 | Verified |
| 8 | 08/09/2014 | 24.0 | Verified |
| 9 | 08/10/2014 | 23.9 | Verified |
| 10 | 08/11/2014 | 23.9 | Verified |
| 11 | 08/12/2014 | 24.0 | Verified |
| 12 | 08/13/2014 | 24.0 | Verified |
| 13 | 08/14/2014 | 24.0 | Verified |
| 14 | 08/15/2014 | 24.0 | Verified |
| 15 | 08/16/2014 | 24.0 | Verified |
| 16 | 08/17/2014 | 24.0 | Verified |
| 17 | 08/18/2014 | 24.0 | Verified |
| 18 | 08/19/2014 | 24.0 | Verified |
| 19 | 08/20/2014 | 21.8 | Verified |
| 20 | 08/21/2014 | 22.3 | Verified |
| 21 | 08/22/2014 | 24.0 | Verified |
| 22 | 08/23/2014 | 24.0 | Verified |
| 23 | 08/24/2014 | 24.0 | Verified |
| 24 | 08/25/2014 | 24.0 | Verified |
| 25 | 08/26/2014 | 24.0 | Verified |
| 26 | 08/27/2014 | 24.0 | Verified |
| 27 | 08/28/2014 | 24.0 | Verified |
| 28 | 08/29/2014 | 24.0 | Verified |
| 29 | 08/30/2014 | 24.0 | Verified |
| 30 | 08/31/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.