# CIVIL MINUTE SHEET
# MOTION HEARING

☐ This minute sheet also contains a Minute Order

☑ Telephonic

Date: Jul 9, 2015                                   Case No. 14-CV-151-J

Time: 10:01am-10:23am

| USA | | VS | One Cessna Airplane |
|---|---|---|---|

| Alan B. Johnson | Tammy Hilliker | Julie Thomas | Brynn Hvidston |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Eric Heiman/Levi Martin

Attorney(s) for Defendant(s)  Joe Bustos/David Michael

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 31 | continue | Granted |

☐ Briefs to be filed on or before                by
                                                 by

☑ Order to be prepared by  ☑ Court   ☐ Attorney

Other:

                                      Rev. 08/21/2014