# IN THE UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

## FOR THE DISTRICT OF WYOMING

———————————

2015 JUL 10   AM 10 43

STEPHAN HARRIS, CLERK
CHEYENNE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 14-cv-151-ABJ** |
| | ) | |
| **One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V, and Serial Number U206-1189** | ) ) ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **259, 717 United States Currency,** | ) | |
| | ) | |
| **Defendant-Property.** | ) | |
| | ) | |
| **SCOTT MICHAEL LEWIS** | ) | |
| | ) | |
| **Claimant.** | ) | |
| | ) | |

---

## ORDER GRANTING MOTION TO CONTINUE STAY

---

The United States' *Motion to Continue Stay*, Doc. 31, has come before the Court for consideration. This Court held a hearing in this matter on July 8, 2015. For the reasons presented during that hearing and contained in its motion, and those articulated by the Court during the hearing, the Court hereby **GRANTS** the United States' *Motion to Continue Stay* for 60 days. Accordingly, the case is stayed until September 8, 2015.

1

Dated this ___9th___ day of July, 2015

Alan B. Johnson
United States District Judge