IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2015 OCT 20  AM 9 43
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 14-cv-151-ABJ |
| One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V, and Serial Number U206-1189 ) | |
| and ) | |
| 259, 717 United States Currency, ) | |
| Defendant-Property. ) | |
| SCOTT MICHAEL LEWIS ) | |
| Claimant. ) | |

## ORDER SETTING STATUS CONFERENCE

This matter comes before the Court *sua sponte*. Prior to holding an initial pretrial conference in this case, the claimant filed a *Motion to Stay Case or for Protective Order*. [Doc. 23]. The Court granted the stay on December 4, 2014. [Doc. 27]. On the Government's unopposed motion, this Court then extended the stay an additional 90 days beginning on March 5, 2015. [Doc. 30]. And finally, in July, after a hearing, the Court granted the Government's

1

second motion to extend the stay until September 8, 2015. [Doc. 38]. The Court's most recent order extending the stay expired on September 8, 2015. The case has remained stagnant since. Because the stay has expired without further motions, the Court would like to discuss the status of the case with the parties.

Accordingly, it is therefore **ORDERED that a Status Conference shall be held on the 26th day of October, 2015 at 11:00 a.m. in Judge Johnson's Chambers, 2120 Capitol Ave., Room 2018, Cheyenne, Wyoming.** Parties may participate in the hearing by telephone conference call, if they wish, but must advise the Court of their intent to do so in a timely fashion. They must coordinate with each other to arrange to participate by telephone. Claimant is instructed to arrange the conference call and shall ensure that all telephone participants call in on one and the same line, to (307) 433-2170 at the scheduled time.

Dated this 20th day of October, 2015.

Alan B. Johnson
United States District Judge