# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

USA

          Plaintiff,

vs.

One Cessna Airplane et al

          Defendant.

Case Number: 14-CV-151-J

## CIVIL MINUTE SHEET STATUS/SCHEDULING CONFERENCE

- [ ] This Minute Sheet also contains a Minute Order
- [x] Status Conference
- [ ] This was a Telephonic Hearing
- [x] Scheduling Conference
- [ ] Motions Hearing

Date: 10/26/2015     Time: 10:58am-11:20am

| Alan B. Johnson | Tammy Hilliker | Julie Thomas | Brynn Hvidston |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    C Levi Martin

Attorney(s) for Defendant(s)   Jose Bustos, David Michael

Other:

Plaintiff Expert Witness Designation Deadline:    1/18/16

Defendant Expert Witness Designation Deadline:   2/22/16

Discovery Due:    3/18/16

Other Fact Witness Deadline:

Stipulation Deadline:

Dispositive Motions Hearing    12/17/15 at 1:30p and 12/18/15 if not finished

    - [ ] Including Daubert Challenges

Defendant Motion Filing Deadline:    5/2/16

    - [ ] Including Daubert Challenges

MINUTE SHEET STATUS CONFERENCE
14-CV-151-J

| | |
|---|---|
| Final Pretrial Conference Set: | 8/9/16 |
| Jury Trial Set: | 9/6/16 at 1:30pm |

Other:

Motion to quash is due 11/2/15