DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
Law Offices of David M. Michael
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:     (415) 946-8996

JOE D. BUSTOS
400 E 20th Street
Cheyenne, WY 82001
Telephone:     (307) 638-4633

Attorneys for Defendant
SCOTT MICHAEL LEWIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V and Serial Number U206-1189, and<br><br>$259,717 United States Currency,<br><br>    Defendants,<br><br>SCOTT MICHAEL LEWIS,<br><br>    Claimant. | **Civil Case No.: 2:14-cv-00151-ABJ** |

**DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO SUPPRESS and/or QUASH [Exhibits filed concurrently hereto]**

I, David M. Michael, declare as follows:

1

1.	I am an attorney at law duly licensed to practice before this Court. I am one of the attorneys for Claimant Scott Michael Lewis in this matter.  I have personal knowledge of the facts hereinafter stated, and if called upon to testify, I could and would competently testify thereto.

2.	Filed concurrently hereto as Exhibits 1 & 2 are true and correct copies of the February 2014 search warrants and affidavits for the Holiday Inn Hotel Room rented by Claimant and for the Defendant airplane, respectively.

3.	Filed concurrently hereto as Exhibit 3 is a true and correct copy of excerpts of the relevant portions of the investigative report of Detective Ronald Parduba of the Wyoming Police Department regarding the incident underlying this civil forfeiture case.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on 2 November 2015 at San Francisco, California.

        s/*David M. Michael*  
        DAVID M. MICHAEL, Declarant and  
        Attorney for Claimant SCOTT MICHAEL LEWIS

**CERTIFICATE OF ELECTRONIC SERVICE**

      I hereby certify that, on 2 November 2015, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  s/*David M. Michael*
                                                  DAVID M. MICHAEL