## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil No. 14-CV-00151-ABJ** |
| ) | |
| **One Cessna Airplane, Model Number** ) | |
| **TU-206, bearing Tail Number N6214V** ) | |
| **and Serial Number U206-1189,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **$259,717 United States Currency,** ) | |
| ) | |
| **Defendant-Property.** ) | |
| ) | |
| **SCOTT MICHAEL LEWIS,** ) | |
| ) | |
| **Claimant.** ) | |

## **STATUS REPORT**

Pursuant to this Court's order for a periodic status update of the Indictment case of Mr. Lewis (ecf #57), the parties hereby advise this Court that in Case 2:16-cr-00019-ABJ, Mr. Lewis has entered a guilty plea and is scheduled to be sentenced on June 22, 2016.  The co-defendant, Gilbert Wiles, has also entered a guilty plea and is scheduled to be sentenced on June 24, 2016.

Dated this 22nd day of April, 2016.

Respectfully submitted,

By:     */s/ Eric Heimann*                                    */s/ David M. Michael*    
ERIC HEIMANN                                              DAVID M. MICHAEL
Assistant United States Attorney              Attorney for Scott Lewis
Wyoming Bar # 6-4504                              California Bar # 74031
Eric.Heimann@usdoj.gov                          david@davidmichaellaw.com

| | |
|---|---|
| __/s/ C. Levi Martin_____ | ___/s/ Joe Bustos_____ |
| C. LEVI MARTIN | JOE BUSTOS |
| Assistant United States Attorney | Attorney for Scott Lewis |
| Wyoming Bar #6-3781 | Wyoming Bar #6-3581 |
| christopher.martin@usdoj.gov | joebustos@qwestoffice.net |

**CERTIFICATE OF SERVICE**

It is hereby certified on the 22nd day of April, 2016, a true and correct copy of the foregoing **JOINT STATUS REPORT** was electronically filed and thereby served upon counsel for all parties.

 */s/ Breanne Ramirez*
United Stated Attorney's Office