ERIC J. HEIMANN
C. LEVI MARTIN
Assistant United States Attorneys
District of Wyoming
P. O. Box 668,
Cheyenne, WY 82003
(307) 772-2124
Eric.Heimann@usdoj.gov
Wyo. Bar # 6-4504
Christopher.Martin@usdoj.gov
Wyo. Bar #6-3781

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 14-CV-00151-ABJ** |
| | ) | |
| **One Cessna Airplane, Model Number** | ) | |
| **TU-206, bearing Tail Number N6214V** | ) | |
| **and Serial Number U206-1189,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **$259,717 United States Currency,** | ) | |
| | ) | |
| **Defendant-Property.** | ) | |
| | ) | |
| **SCOTT MICHAEL LEWIS,** | ) | |
| | ) | |
| **Claimant.** | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's order for a periodic status update of the Indictment case of Mr.

Lewis (ecf #57), the parties hereby advise this Court that in Case 2:16-cr-00019-ABJ, Mr. Lewis

was sentenced on June 22, 2016.  The co-defendant, Gilbert Wiles, was also sentenced on June

24, 2016.  The criminal proceedings are now concluded and counsel is ready to proceed with the

civil proceedings.

Dated this 28th day of June, 2016.

Respectfully submitted,

By:    /s/ *Eric Heimann*                                 /s/ *David M. Michael*
        ERIC HEIMANN                                       DAVID M. MICHAEL
        Assistant United States Attorney                   Attorney for Scott Lewis
        Wyoming Bar # 6-4504                                California Bar # 74031
        Eric.Heimann@usdoj.gov                             david@davidmichaellaw.com

        /s/ *C. Levi Martin*                               /s/ *Joe Bustos*
        C. LEVI MARTIN                                      JOE BUSTOS
        Assistant United States Attorney                   Attorney for Scott Lewis
        Wyoming Bar #6-3781                                 Wyoming Bar #6-3581
        christopher.martin@usdoj.gov                        joebustos@qwestoffice.net

### CERTIFICATE OF SERVICE

It is hereby certified on the 28th day of June, 2016, a true and correct copy of the foregoing

**JOINT STATUS REPORT** was electronically filed and thereby served upon counsel for all

parties.

/s/ *Breanne Ramirez*
BREANNE RAMIREZ
United Stated Attorney's Office