ERIC J. HEIMANN
C. LEVI MARTIN
Assistant United States Attorneys
District of Wyoming
P. O. Box 668,
Cheyenne, WY 82003
(307) 772-2124
Eric.Heimann@usdoj.gov
Wyo. Bar # 6-4504
Christopher.Martin@usdoj.gov
Wyo. Bar #6-3781

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil No. 14-CV-00151-ABJ** |
| | ) | |
| **One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V and Serial Number U206-1189,** | ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| **$259,717 United States Currency,** | ) | |
| | ) | |
| **Defendant-Property.** | ) | |
| | ) | |
| **SCOTT MICHAEL LEWIS,** | ) | |
| | ) | |
| **Claimant.** | ) | |

**UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE**

The United States, through counsel, hereby moves this Court for an order resetting the Status Conference scheduled for August 3, 2016, to August 10, 2016 at 10:30 a.m. In support of this motion, Plaintiff states as follows:

1.	Upon the filing of the Joint Status Report notifying the Court that the criminal proceedings have been concluded and counsel is ready to proceed with the case, the Court scheduled a Status Conference.

2.	Both counsel for the United States have conflicts with the date for the Status Conference due to previously scheduled travel, and must therefore request an alternative date.

3.	Plaintiff has conferred with Claimant's counsel and they do not object to the United States' motion.

WHEREFORE, United States respectfully requests the Court reschedule the Status Conference from August 3, 2016, to August 10, 2016 at 10:30 a.m.

Dated this 8th day of July, 2016.

>	Respectfully submitted,
>
>	CHRISTOPHER A. CROFTS
>	United States Attorney
>
> By:	*/s/ C. Levi Martin*
>	C. LEVI MARTIN
>	Assistant United States Attorney

## CERTIFICATE OF SERVICE

It is hereby certified on the 8th day of July, 2016, a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE** was electronically filed and thereby served upon counsel for all parties.

>	*/s/ Breanne Ramirez*
>	BREANNE RAMIREZ
>	United Stated Attorney's Office