# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

USA

        Plaintiff,

vs.                    Case Number: 14-CV-151

One Cessna Airplane

        Defendant.

## CIVIL MINUTE SHEET INITIAL PRETRIAL CONFERENCE

☑ Initial Pretrial Conference (Civil)

Date: 08/10/2016   Time: 10:30am-11:01am

| Alan B. Johnson | Tammy Hilliker | Jan Davis | Brynn Hvidston |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)   Eric Heimann, Levi Martin

Attorney(s) for Defendant(s)   David Michael

Other:

Plaintiff Expert Witness Designation Deadline:   9/19/16

Defendant Expert Witness Designation Deadline:  10/24/16

Discovery Due:   11/14/16

Other Fact Witness Deadline:

Stipulation Deadline:

Dispositive Motions Deadline   12/7/16

Dispositive Motions Hearing

    ☐ Including Daubert Challenges

Dispositive Motions Response Deadline

MINUTE SHEET STATUS CONFERENCE
14-CV-151

Reply Deadline

Final Pretrial Conference Set:     2/22/17 at 9:30

Jury Trial Set:     3/6/17 at 1:30pm

Status Conference Set:

Other:
additional discovery deadlines added 9/1/16 and 9/19/16