CHRISTOPHER A. CROFTS
United States Attorney
ERIC J. HEIMANN (WY Bar #6-4504)
C. LEVI MARTIN (WY Bar # 6-3781)
Assistant United States Attorneys
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone:  (307) 772-2124
Facsimile:  (307) 772-2123
eric.heimann@usdoj.gov
christopher.martin@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| **Plaintiff,** | )<br>) |
| **v.** | )<br>) **Civil No. 14-CV-00151-ABJ** |
| **One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V and Serial Number U206-1189,** | )<br>)<br>)<br>) |
| **and** | )<br>) |
| **$259,717 United States Currency,** | )<br>) |
| **Defendant-Property.** | )<br>) |
| **SCOTT MICHAEL LEWIS,** | )<br>) |
| **Claimant.** | ) |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER
REGARDING THE PRODUCTION OF FOUR REPORTS CONTAINING
CONFIDENTIAL SOURCE STATEMENTS**

The United States Attorney for the District of Wyoming and Assistant United States Attorney, Eric J. Heimann, submits this unopposed motion for entry of a protective order for the production of four reports containing confidential source statements to law enforcement. The grounds for this motion are as follows:

1. The Claimant Scott Lewis, through various discovery requests, seeks certain categories of documents which would include four law enforcement reports containing statements made by confidential sources regarding drug trafficking and other crimes. One of these sources said that he was afraid of his co-conspirators (who were later found in possession of guns, marijuana, and cash) because they knew where his family lived.

2. The requested protection order should be granted because it will help protect the confidential sources from retaliation.

3. Upon entry of the protective order, the United States will produce the referenced reports.

For the foregoing reasons, the United States respectfully requests entry of the protective order submitted with this motion.

**DATED** this 31st day of August, 2016.

                CHRISTOPHER A. CROFTS
                United States Attorney

      By:   /s/ *Eric J. Heimann*
              ERIC J. HEIMANN
              Assistant United States Attorney

## CERTIFICATE OF SERVICE

It is hereby certified on the 31st day of August, 2016, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR PROTECTIVE ORDER** was served upon the following by the method(s) indicated below.

| | |
|---|---|
| David M. Michael<br>Law Offices of David M. Michael<br>One Sansome Street, Suite 3500<br>San Francisco, CA 94104<br>david@davidmichaellaw.com | [X] Electronic Filing<br>[ ] U.S. Mail -- postage prepaid<br>[ ] Hand delivery<br>[ ] Email |
| Joe D. Bustos<br>400 E 20th Street<br>Cheyenne, WY 82001<br>joebustos@qwestoffice.net | [X] Electronic Filing<br>[ ] U.S. Mail -- postage prepaid<br>[ ] Hand delivery<br>[ ] Email |

*/s/ Breanne Ramirez*
United Stated Attorney's Office