DAVID M. MICHAEL, CSBN 74031
EDWARD M. BURCH, CSBN 255470
Law Offices of David M. Michael
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone:    (415) 946-8996

JOE D. BUSTOS
400 E 20th Street
Cheyenne, WY 82001
Telephone:    (307) 638-4633

Attorneys for Defendant
SCOTT MICHAEL LEWIS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V and Serial Number U206-1189, and<br><br>$259,717 United States Currency,<br><br>    Defendants,<br><br>SCOTT MICHAEL LEWIS,<br><br>    Claimant. | **Civil Case No.: 2:14-cv-00151-ABJ** |

**CLAIMANT'S NON-OPPOSITION TO MOTION FOR PROTECTIVE ORDER REGARDING THE PRODUCTION OF FOUR REPORTS CONTAINING CONFIDENTIAL SOURCE STATEMENTS**

In order to allow for the timely production of discovery, Claimant Scott Lewis, does not object to a protective order regarding the production of four reports containing confidential source statements, as requested by the government. (Doc 67, filed 8/31/2016). But, should the protective order issue, Claimant wishes to reserve his right to seek to modify or set aside the protective order after he has had a chance to review the discovery provided.

Dated: 31 August 2016

                                      Respectfully submitted,

                                      *s/David M. Michael*
                                      DAVID M. MICHAEL
                                      LAW OFFICES OF DAVID M. MICHAEL
                                      Attorney for Claimant SCOTT LEWIS

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that, on 31 August 2016, I caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      *s/David M. Michael*_____
                                      DAVID M. MICHAEL