ERIC J. HEIMANN
C. LEVI MARTIN
Assistant United States Attorneys
District of Wyoming
P. O. Box 668,
Cheyenne, WY 82003
(307) 772-2124
Eric.Heimann@usdoj.gov
Wyo. Bar # 6-4504
Christopher.Martin@usdoj.gov
Wyo. Bar #6-3781

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 14-cv-00151-ABJ |
| One Cessna Airplane, Model Number TU-206, bearing Tail Number N6214V and Serial Number U206-1189, | ) |
| and | ) |
| $259,717 United States Currency, | ) |
| Defendant-Property. | ) |
| SCOTT MICHAEL LEWIS, | ) |
| Claimant. | ) |

## JOINT NOTICE OF COMPROMISE AND
## MOTION TO VACATE CASE DEADLINES AND TRIAL DATE

Plaintiff, by and through the United States Attorney for the District of Wyoming and Assistant United States Attorneys Eric J. Heimann and C. Levi Martin, and Claimant, Scott

Michael Lewis by and through his attorneys David M. Michael and Joe Bustos, hereby provide joint notice that the parties have entered into a verbal agreement for a stipulation for compromise in the above captioned matter. The parties anticipate being able to fully consummate the agreement and file a stipulated motion resolving the case by no later than November 21, 2016.

Therefore, Plaintiff and Claimant jointly move this Court to vacate the case deadlines and trial date in this matter.

DATED this 24th day October, 2016.

Respectfully submitted,

By: /s/ *Eric Heimann*
ERIC HEIMANN
Assistant United States Attorney
Wyoming Bar # 6-4504
Eric.Heimann@usdoj.gov

/s/ *David M. Michael*
DAVID M. MICHAEL
Attorney for Scott Lewis
California Bar # 74031
david@davidmichaellaw.com

/s/ *C. Levi Martin*
C. LEVI MARTIN
Assistant United States Attorney
Wyoming Bar #6-3781
christopher.martin@usdoj.gov

/s/ *Joe Bustos*
JOE BUSTOS
Attorney for Scott Lewis
Wyoming Bar #6-3581
joebustos@qwestoffice.net

## CERTIFICATE OF SERVICE

It is hereby certified on the 24th day of October, 2016, a true and correct copy of the foregoing **JOINT NOTICE OF COMPROMISE AND MOTION TO VACATE CASE DEADLINES AND TRIAL DATE** was electronically filed and thereby served upon counsel for all parties.

/s/ *Breanne Ramirez*
BREANNE RAMIREZ
United Stated Attorney's Office